# Court of Appeals
# of the State of Georgia

ATLANTA, __August 22, 2023__

*The Court of Appeals hereby passes the following order:*

**A24A0058. RODERICK GREER TALLEY v. GEORGIA DEPARTMENT OF HUMAN SERVICES, EX. REL., JACOURI KEEVON ALLEN.**

Roderick Greer Talley filed this direct appeal from the trial court's orders denying and dismissing his requests to have a child support award set aside. OCGA § 5-6-35 (a) (2) provides that appeals in "domestic relations cases" must be brought by application for discretionary appeal. Because this case involves the collection of child support, it is a domestic relations case within the meaning of the statute. See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 426-427 (731 SE2d 110) (2012); *Fitzgerald v. Dept. of Human Resources*, 231 Ga. App. 129, 129 (497 SE2d 659) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, Talley's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __08/22/2023__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*